UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION and MICROSOFT LICENSING, GP,<br><br>    *Plaintiffs*,<br><br> v.<br><br>EBIX, INC.,<br><br>    *Defendant*. | CASE NO. 1:13-CV-01655-CAP<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

NOW COME Plaintiffs Microsoft Corporation and Microsoft Licensing, GP (collectively "Microsoft"), and, pursuant to Federal Rule of Procedure 7.1 and Local Rule 3.3, hereby file this Certificate of Interested Persons and Corporate Disclosure Statement:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Microsoft Corporation
- Microsoft Licensing, GP
- Ebix, Inc.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> Microsoft is not presently aware of any other persons, associations, firms, partnerships, or corporations having either financial interest or other interest which could be substantially affected by the outcome of this particular case.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

> Attorneys for Microsoft:
>
> > Clara J. Shin
> > Jay Rapaport
> > COVINGTON & BURLING LLP
> > One Front Street, 35th Floor
> > San Francisco, CA 94111
>
> > Noah C. Graubart
> > FISH & RICHARDSON, P.C.
> > 1180 Peachtree Street, N.E., 21st Floor
> > Atlanta, GA 30309

Submitted this 20th day of May, 2013.

                    Respectfully submitted,

                    */s/Noah C. Graubart*
                    Clara J. Shin (*pro hac vice* admission pending)
                    cshin@cov.com
                    Jay Rapaport (*pro hac vice* admission pending)
                    jrapaport@cov.com
                    COVINGTON & BURLING LLP
                    One Front Street, 35th Floor
                    San Francisco, CA 94111
                    Telephone: (415) 561-6000
                    Facsimile: (415) 591-6091

                    Noah C. Graubart (Georgia Bar No. 141862)
                    graubart@fr.com
                    FISH & RICHARDSON, P.C.
                    1180 Peachtree Street, N.E., 21st Floor
                    Atlanta, GA 30309
                    Telephone: (404) 724-2820
                    Facsimile: (404) 892-5002

                    **ATTORNEYS FOR PLAINTIFFS**
                    **MICROSOFT CORPORATION AND**
                    **MICROSOFT LICENSING, GP**