# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MICROSOFT CORPORATION and
MICROSOFT LICENSING, GP

    Plaintiffs,

v.

EBIX, INC.

    Defendants.

Case No. 1:13-cv-01655-CAP

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3(A), N.D. Ga., defendant Ebix, Inc. ("Defendant") submits this Certificate of Interested Persons and Corporate Disclosure Statement and further states as follows:

(1) *The undersigned counsel of record for the Defendant certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party*:

**Plaintiffs:**

Microsoft Corporation

Microsoft Licensing, GP

**Defendant:**

Ebix, Inc.[1]

(2)     *The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case*:

No others are known to Defendant.

(3)     *The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding*:

**Counsel for Plaintiffs:**

Clara J. Shin

Jay Rapaport

Noah C. Graubart

---

[1] Ebix, Inc. has no parent corporation and there are no publicly held corporations that own 10% or more of its stock.

**Counsel for Defendant:**

Jason D. Rosenberg

Kathryn W. Bina

Uly S. Gunn

Respectfully submitted, this 10th day of July, 2013

        */s/ Jason D. Rosenberg*
        _____

        Jason D. Rosenberg, Esq.
        jason.rosenberg@alston.com
        Georgia Bar No. 510855
        Kathryn W. Bina, Esq.
        kitty.bina@alston.com
        Georgia Bar No. 956052
        Uly S. Gunn, Esq.
        sam.gunn@alston.com
        Georgia Bar No. 261871
        ALSTON & BIRD LLP
        One Atlantic Center
        1201 West Peachtree Street
        Atlanta, Georgia 30309-3424
        Tel.: (404) 881-7000
        Fax: (404) 881-7777

        *Counsel for Defendant Ebix, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date filed the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT, via the Court's CM/ECF system, which will automatically give notice to all counsel of record.

This 10th day of July, 2013.

*/s/ Uly S. Gunn*
_____
Uly S. Gunn