# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

MICROSOFT CORPORATION and
MICROSOFT LICENSING, GP

      Plaintiffs,

   v.

EBIX, INC.

      Defendants.

Case No. 1:13-cv-01655-CAP

## DEFENDANT EBIX, INC.'S MOTION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 12(b)(6) and 12(b)(1)

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil

Procedure, Defendant Ebix, Inc. ("Ebix") respectfully moves this Court to dismiss

all of the claims in Microsoft Corporation and Microsoft Licensing, GP's

Complaint (both plaintiffs, collectively, "Microsoft").

First, Microsoft's copyright claim must be dismissed pursuant to Federal

Rule of Civil Procedure 12(b)(6) because Ebix has a license to use Microsoft's

products.  Even assuming the allegations in the Complaint are true – as the Court

must on a Rule 12(b)(6) motion to dismiss – Ebix's alleged actions amount to a

breach of *covenants* in the license, not conditions.  As such, Microsoft cannot state a claim for copyright infringement.

Second, without the copyright claim providing federal question jurisdiction, the remaining state law claims must also be dismissed because Microsoft has not – and cannot – plead an amount in controversy sufficient to satisfy the requirements for diversity jurisdiction pursuant to 28 U.S.C. § 1332.

For these reasons and the reasons set forth more fully in the accompanying Memorandum of Law, Ebix respectfully requests that the Court grant its motion and dismiss, with prejudice, all counts in Microsoft's Complaint.

Respectfully submitted, this 10th day of July, 2013.

*/s/ Jason D. Rosenberg*

Jason D. Rosenberg, Esq.
jason.rosenberg@alston.com
Georgia Bar No. 510855
Kathryn W. Bina, Esq.
kitty.bina@alston.com
Georgia Bar No. 956052
Uly S. Gunn, Esq.
sam.gunn@alston.com
Georgia Bar No. 261871

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Defendant Ebix, Inc.*

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C</u>

This is to certify that the foregoing document was formatted in accordance with Local Rule 5.1C in Times New Roman font, 14 point type.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date filed the foregoing DEFENDANT EBIX, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) and 12(b)(1), via the Court's CM/ECF system, which will automatically give notice to all counsel of record.

This 10th day of July, 2013.

/s/ *Uly S. Gunn*
_____

Uly S. Gunn